No. 4,697.—BUTTE BUICK CO., RESPONDENT, *v.* SILVER BOW COUNTY, APPELLANT.

*'Appeal from District Court, Silver Bow County.*

Decided September 14, 1920.

PER CURIAM.—Pursuant to motion of appellant made by the attorney general, acting upon request of appellant, that the appeal herein be dismissed, the motion is granted and the appeal dismissed.

*Mr. S. C. Ford,* Attorney General, for Appellant.

———————

No. 4,602.—ROUNDUP OIL & GAS CO. ET AL., RESPONDENTS, *v.* CHARLES A. VIRGILS ET AL., APPELLANTS.

*Appeal from District Court, Musselshell County; Geo. P. Jones, Judge.*

Decided September 14, 1920.

PER CURIAM.—Pursuant to stipulation of the parties, the appeal in the above-entitled cause is dismissed.

*Mr. V. D. Dusenbery,* for Appellants.

*Messrs. Nichols & Wilson* and *Messrs. Jeffries & McNaught,* for Respondents.